

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2017

No. 04-16-00504-CV

**IN RE ESTATE OF ALVILDA MAE AGUILAR, DECEASED**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2802
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

On December 19, 2016, appellants filed a motion to extend time to file appellants' brief and a motion for order directing probate clerk to re-do and re-submit clerk's record. On January 5, 2017, the trial court clerk filed a second clerk's record. According to appellants' record designation, the second clerk's record fails to contain the following documents:

- Bill of costs;
- Letter from William Leighner to Anthony Cleve Aguilar filed 6/14/2016; and
- Court[']s own Motion to Set Rule 91 Motion and Objections for Hearing filed 6/9/2016.

Accordingly, appellants' motion is GRANTED and the trial court clerk is ORDERED to file a third supplemental clerk's record containing the omitted documents within TEN days from the date of this order. Appellants' brief is due THIRTY days after the date the third supplemental clerk's record is filed in this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court